P1 VCS LLC
D1 MT HAWLEY INSURANCE COMPANY
D2 MARSH AND MCLENNAN AGENCY LLC
D3 ARI UNDERWRITERS INC
D4 ABC INSURANCE COMPANY
D5 DEF INSURANCE COMPANY
D6 EUSTIS INSURANCE AND BENEFITS

| DATE | | LIT | DESCRIPTION |
|---|---|---|---|
| 11/23/2020 | 📄 | P1 | **FILE PETITION:FOR INSURANCE PROCEEDS BAD FAITH PENALTIES BREACH OF CONTRACT AND NEGLIGENCE** |
| 11/23/2020 | 📄 | P1 | **FILE EXHIBIT :A/ NOTICE TO OUR BROKERS AND AGENTS OF OUR CLAIM NOTIFICATION PROCEDURE** |
| 11/23/2020 | 📄 | P1 | **FILE EXHIBIT :B/ A SUMMARY OF INSURANCE FOR VCS LLC REVISED** |
| 11/23/2020 | 📄 | P1 | **FILE EXHIBIT :C/ BUSINESS PERSONAL PROPERTY INVENTORY** |
| 11/23/2020 | 📄 | P1 | **FILE EXHIBIT :D/ CHECK FROM JPMORGAN CHASE BANK** |